David K. Spiro (VSB No. 28152)
Sheila deLa Cruz (VSB No. 65395)
Franklin R. Cragle, III (VSB No. 78398)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: dspiro@hf-law.com
       sdelacruz@hf-law.com
       fcragle@hf-law.com

Kenneth E. Noble, Esq. (to be admitted *pro hac vice*)
Matthew W. Olsen, Esq. (to be admitted *pro hac vice*)
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: kenneth.noble@kattenlaw.com
       matthew.olsen@kattenlaw.com

*Counsel for iStar Financial Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| AMF BOWLING WORLDWIDE, INC., ) et al., ) | Chapter 11 |
| ) | Case No. 12-36495 |
| Debtors. ) | |
| ) | |

## MOTION TO ADMIT MATTHEW W. OLSEN PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1(E)(2), Sheila deLa Cruz (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this motion with the Court for an Order permitting admission of Matthew W. Olsen, Esquire, of the law firm of Katten Muchin Rosenman LLP ("Katten"), 575 Madison Avenue, New York, NY 10022-2585, to appear and practice *pro hac vice* on behalf of iStar Financial Inc. ("iStar") in the above-captioned chapter 11 bankruptcy cases commenced by the Debtors, and any related adversary proceedings. In support thereof, the Movant states the following:

1. Matthew W. Olsen is an attorney of Katten and has been retained by iStar in these bankruptcy cases.

2. Mr. Olsen is an attorney licensed to practice law in the State of New York, and has been a member in good standing of the New York State Bar since 2003.

3. In addition, he is admitted to practice in the United States District Courts for the Northern and Southern Districts of New York. A true and accurate copy of Mr. Olsen's *pro hac vice* application is attached hereto as **Exhibit A**.

4. Mr. Olsen is not the subject of any pending disciplinary or grievance proceedings.

5. He has read and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Virginia Bar.

**WHEREFORE**, the Movant respectfully requests the entry of the order attached hereto as **Exhibit B**, authorizing Matthew W. Olsen, Esquire, to appear *pro hac vice* in these bankruptcy cases and any related adversary proceedings only, and for such other and further relief as the Court deems just and proper.

Dated: November 13, 2012                    ISTAR FINANCIAL INC.

                                            By: /s/ Sheila deLa Cruz
                                                Counsel

David K. Spiro (VSB No. 28152)
Sheila deLa Cruz (VSB No. 65395)
Franklin R. Cragle, III (VSB No. 78398)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: dspiro@hf-law.com
       sdelacruz@hf-law.com
       fcragle@hf-law.com
and

Kenneth E. Noble, Esq. (to be admitted *pro hac vice*)
Matthew W. Olsen, Esq. (to be admitted *pro hac vice*)
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: kenneth.noble@kattenlaw.com
        matthew.olsen@kattenlaw.com

*Counsel for iStar Financial Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2012, I caused a true and correct copy of the foregoing Motion to be electronically served by the Court's CM/ECF system to counsel for all necessary parties, including to counsel for the Debtors and the Office of the U.S. Trustee.

/s/ Sheila deLa Cruz
Counsel
