Patrick J. Nash, Jr. (admitted *pro hac vice*)  
Jeffrey D. Pawlitz (admitted *pro hac vice*)  
KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:     (312) 862-2200  

- and -  

Joshua A. Sussberg (admitted *pro hac vice*)  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:     (212) 446-4900  

Dion W. Hayes (VSB No. 34304)  
John H. Maddock III (VSB No. 41044)  
Sarah B. Boehm (VSB No. 45201)  
MCGUIREWOODS LLP  
One James Center  
901 East Cary Street  
Richmond, Virginia 23219  
Telephone:    (804) 775-1000  
Facsimile:     (804) 775-1061  

*Proposed Attorneys for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AMF BOWLING WORLDWIDE, INC., *et al.*,[1] | Case No. 12-36495 (KRH) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF UPDATED 2002 LIST

**PLEASE TAKE NOTICE** that, in accordance with paragraph 4 of the Case

Management Procedures established pursuant to the Order Establishing Certain Notice, Case

Management, and Administrative Procedures (entered on November 20, 2012 at Docket No.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number include: AMF Bowling Worldwide, Inc. (3272); 300, Inc. (3632); American Recreation Centers, Inc. (1151); AMF BCH LLC (9642); AMF Beverage Company of Oregon, Inc. (4960); AMF Bowling Centers Holdings, Inc. (1697); AMF Bowling Centers, Inc. (1662); AMF Bowling Mexico Holding, Inc. (7931); AMF Holdings, Inc. (5037); AMF WBCH LLC (9643); AMF Worldwide Bowling Centers Holdings, Inc. (1641); Boliches AMF, Inc. (9631); Bush River Corporation (7033); King Louie Lenexa, Inc. (0814); Kingpin Holdings, LLC (5411); and Kingpin Intermediate Corp. (5447). The location of the Debtors' service address is: 7313 Bell Creek Road, Mechanicsville, Virginia 23111.

106) (the "Case Management Order"), attached hereto is an updated 2002 List (as defined in the Case Management Order).

Dated: November 27, 2012
Richmond, Virginia

AMF BOWLING WORLDWIDE, INC., ET AL.

By: /s/ Dion W. Hayes
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

- and -

Patrick J. Nash, Jr. (admitted *pro hac vice*)
Jeffrey D. Pawlitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Joshua A. Sussberg (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Proposed Attorneys for the Debtors and Debtors in Possession*

43830562_1

**Core/2002 Service List**
As of November 27, 2012

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Debtor | AMF Bowling Worldwide Inc | Attn Stephen D Satterwhite | 7313 Bell Creek Road | | Mechanicville | VA | 23111 | | | ssatterwhite@amf.com; dmccormack@amf.com; RLabrecque@AMF.com |
| Counsel for Route Realty Co. Inc | Duane Morris LLP | Denyse Sabagh Esq | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | 202-776-7800 | 212-692-1020 | dsabagh@duanemorris.com |
| Counsel for Route Realty Co. Inc | Duane Morris LLP | Gerard S Catalanello Esq | 1540 Broadway | | New York | NY | 10036 | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com; jvincequerra@duanemorris.com |
| Counsel for PepsoCo Sales, Inc. f/k/a Pepsi-Cola Fountain Company, Inc. | FrankGecker LLP | Joseph D Frank Reed Heiligman | 325 North LaSalle St Ste 625 | | Chicago | IL | 60654 | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com; rheiligman@fgllp.com |
| Counsel to Hanover County | Hanover County | Rebecca B Randolph | 7516 County Complex Rd | PO Box 470 | Hanover | VA | 23069-0470 | 804-365-6302 | 804-365-6302 | rbrandolph@hannovercounty.gov |
| Counsel to Van Tim, Inc. | Heurlin, Potter, Jahn, Leatham & Holtmann, P.S. | Stephan G Leatham | PO Box 611 | | Vancouver | WA | 98666-0611 | 360-750-7548 | 360-750-7548 | sgl@hpl-law.com |
| Counsel for iStar Financial Inc. | Hirschler Fleischer, P.C. | David K Spiro Shelia deLa Cruz Franklin R Cragle III | 2100 East Cary Street | PO Box 500 | Richmond | VA | 23218-0500 | 804-771-9500 | | dspiro@hf-law.com; sdelacruz@hf-law.com; fcragle@hf-law.com |
| Local Counsel to Credit Suisse AG, Cayman Islands Brance and Credit Suisse Securities (USA) LLC | Hunton & Williams LLP | Tyler P Brown & Justin F Paget & Eric W Flynn | Riverfront Plaza East Tower | 951 East Byrd St | Richmond | VA | 23219 | 804-788-8200 | 804-788-8218 | jpaget@hunton.com; eflynn@hunton.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd | Mail Drop N781 | Philadelphia | PA | 19255-0002 | 800-913-9358 | 215-516-2015 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO BOX 7346 | | Philadelphia | PA | 19114-0326 | | | |
| Counsel for iStar Financial Inc. | Katten Muchin Rosenman, LLP | Kenneth E Noble Matthew W Olsen | 575 Madison Ave | | New York | NY | 10022-2585 | 212-940-8800 | 212-940-8776 | kenneth.noble@kattenlaw.com; matthew.olsen@kattenlaw.com |
| Counsel to the agent for the Debtors' prepetition first lien credit facility / Debtors' debtor-in-possession financing facility | King & Spalding LLP | Attn Michael C Rupe and Christopher G Boies | 1185 Avenue of the Americas | | New York | NY | 10036 | 212-556-2135; 2 | 212-556-2222 | cboies@kslaw.com; mrupe@kslaw.com |
| Counsel to Credit Suisse AG, Cayman Islands Brance and Credit Suisse Securities (USA) LLC | King & Spalding LLP | W. Austin Jowers | 1180 Peachtree St | | Atlanta | GA | 30309 | 404-572-4600 | 404-572-5131 | Ajowers@kslaw.com |
| Co-Counsel to the Debtors | Kirkland & Ellis LLP | Joshua A Sussberg | 601 Lexington Avenue | | New York | NY | 10022 | 212-446-4800 | 212-446-4900 | joshua.sussberg@kirkland.com |
| Co-Counsel to the Debtors | Kirkland & Ellis LLP | Patrick J Nash Jr and Jeffrey D Pawlitz | 300 North LaSalle | | Chicago | IL | 60654 | 312-862-2000 | 312-862-2200 | patrick.nash@kirkland.com; jeffrey.pawlitz@kirkland.com |
| Counsel to Waldorf Plaza 1079 | Krein Law Firm | J. Scott Krein | 4000 Genesee Pl Ste 117 | | Prince William | VA | 22192 | 703-580-8377 | 703-580-8553 | jsk@kreinlaw.com |
| Counsel to Ad Hoc Group of Certain First Lien Lenders | Kutak Rock LLP | Michael A. Condyles Peter J. Barrett | 1111 East Main Street, Suite 800 | | Richmond | VA | 23219-3500 | 804-644-1700 | 804-783-6192 | michael.condyles@kutarock.com; peterbarrett@kutarock.com |
| Counsel for Westfield, LLC and Oakridge Mall LLC | LeClairRyan PC | Christopher L Perkins | Riverfront Plaza East Tower | 951 East Byrd St | Richmond | VA | 23219 | 804-783-7550 | 804-783-7686 | christopher.perkins@leclairryan.com |
| Counsel for Westfield, LLC and Oakridge Mall LLC | LeClairRyan PC | Niclas A Ferland Esq | 545 Long Wharf Dr 9th Fl | | New Haven | CT | 06511 | 203-672-3211 | 203-672-3232 | niclas.ferland@leclairryan.com |
| Counsel to McLennan County; Nueces County | Linebarger Goggan Blair & Sampson LLP | Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760 | 512-447-6675 | 512-443-5114 | |
| Counsel to Dallas County; Tarrant County; Irving ISD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan Street Ste 1600 | | Dallas | TX | 75201 | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com |
| Co-Counsel to the Debtors | McGuireWoods LLP | Dion W Hayes John H Maddock III and Sarah B Boehm | 901 East Cary Street | One James Center | Richmond | VA | 23219 | 804-775-1000 | 804-775-1061 | sboehm@mcguirewoods.com; bsieg@mcguirewoods.com; dhayes@mcguirewoods.com |
| Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | Attn Susan L Lissant | PO Box 475 | Jefferson City | MO | 65105-0475 | 573-751-5531 | 573-751-7232 | edvaecf@dor.mo.gov |
| Counsel to the agent for the Debtors' prepetition second lien credit facility / Ad hoc group of second lien lenders | O Melveny & Myers LLP | Attn Suzzanne Uhland | Two Embarcadero Center, 28th Floor | | San Francisco | CA | 94111 | 415-984-8941 | 415-984-8701 | suhland@omm.com |
| Counsel to the agent for the Debtors' prepetition second lien credit facility / Ad hoc group of second lien lenders | O Melveny & Myers LLP | Ben H Logan Jennifer M Taylor Lindsay Lau | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-7704 | 213-430-6407 | blogan@omm.com; jtaylor@omm.com; llau@omm.com |
| Office of the Attorney General of Virginia | Office of the Attorney General of Virginia | Kenneth T Cuccinelli II | 900 E Main St | | Richmond | VA | 23219 | 804-786-2071 | 804-786-1991 | |
| Office of the Secretary of the Commonwealth of Virginia | Office of the Secretary of the Commonwealth | | 1111 E Broad St 4th Fl | | Richmond | VA | 23219 | 804-786-2441 | 804-371-0017 | |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Robert Van Arsdale | 701 E Broad St Ste 4304 | | Richmond | VA | 23219 | 804-771-2310 | 804-771-2330 | |
| Counsel to Unsecured Creditors Committee | Pachulski Stang Ziehl & Jones LLP | Jeffrey N Pomerantz | 10100 Santa Monica Blvd 11th Fl | | Los Angeles | CA | 90067-4100 | 310-277-6910 | 310-201-0760 | jpomerantz@pszjlaw.com |
| Counsel to Unsecured Creditors Committee | Pachulski Stang Ziehl & Jones LLP | Robert Feinstein | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com |
| Unsecured Creditors Committee | Pasadena Hastings Center | Madeleine Mueller | PO Box 1209 | | Carpinteria | CA | 93014-1209 | 805-684-4178 | 805-566-9101 | missco1@msn.com |
| Unsecured Creditors Committee | Pepsi-Cola Fountain Company, Inc. | Chad New | 1100 Reynolds Blvd | | Winston-Salem | NC | 27105 | 336-896-5781 | 336-896-6003 | chad.new@pepsico.com |
| Counsel to Richardson Independent School District | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |

**Core/2002 Service List**
As of November 27, 2012

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for VIP Cleaning Solutions LLC | Ronald Page, PLC | Ronald A Page Jr | 501 E Franklin St Ste 626 | | Richmond | VA | 23219 | 804-562-8704 | 804-482-2427 | rpage@rpagelaw.com |
| Counsel to US Foods, Inc. | Saul Ewing LLP | Jeffrey C Hampton Melissa W Rand Esq | Centre Square West | 1500 Market Street, 38th Fl | Philadelphia | PA | 19102 | 215-972-7118 215-972-1995 | 215-972-1848 215-972-1872 | jhampton@saul.com; mrand@saul.com |
| US Secretary of Treasury | Secretary of Treasury | | 1500 Pennsylvania Ave NW | | Washington | DC | 20020 | 202-622-2000 | 202-622-6464 202-622-6415 | |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | 100 F St NE | | Washington | DC | 20549 | 202-551-6061 | 202-772-9180 | secbankruptcy@sec.gov |
| Securities and Exchange Commission Philadelphia Division | Securities and Exchange Commission | Daniel M Hawke Regional Director | 701 Market St | The Mellon Independence Center | Philadelphia | PA | 19106-1532 | 215-597-3100 | | philadelphia@sec.gov |
| Unsecured Creditors Committee | Statecourt Enterprises, Inc. | John E. Silverman | 40 East 69th Street | | New York | NY | 10021 | 212-249-1550 | 212-249-5451 | jes@rosengroupinc.com |
| Unsecured Creditors Committee | Strike 'N Spare | Joseph S. Gall | 221 W. Lexington, Suite 400 | | Independence | MO | 64051 | 816-836-5050 | 816-836-8966 | jsg@hfmlegal.com |
| Counsel to Ad hoc group of first lien lenders | Stroock & Stroock & Lavan LLP | Attn  Kristopher M Hansen Erez E Gilad Sayan Bhattacharyya Marianne S Mortimer | 180 Maiden Lane | | New York | NY | 10038-4982 | 212-806-6056 | 212-806-9056; 212-806-7881; 212-806-6006 | khansen@stroock.com; egilad@stroock.com; sbhattacharyya@stroock.com; mmortimer@stroock.com |
| Co-Counsel for Ad Hoc Group of Second Lien Lenders | Tavenner & Beran, PLC | Paula S. Beran | 20 North Eighth Street, Second Floor | | Richmond | VA | 23219 | 804-783-8300 | 804-783-0178 | pberan@tb-lawfirm.com |
| Unsecured Creditors Committee | VIP Cleaning Solutions, LLC | William A. Pesello | 10-2 Granada Crescent | | White Plains | NY | 10603 | 914-400-6680 | | vipcleaningsolutions@ymail.com |
| Virginia Department of Taxation | Virginia Department of Taxation | Office of Customer Services | PO Box 1115 | | Richmond | VA | 23218-1115 | | | |
| Counsel for Greenberg Realty Corporation | Wilcox & Savage PC | Stephanie N Gilbert | 440 Monticello Ave Ste 2200 | | Norfolk | VA | 23510 | 757-628-5500 | 757-628-5566 | sgilbert@wilsav.com |

In re: AMF Bowling Worldwide, Inc., et al.
Case No. 12-36495 (KRH)