Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
Sarah B. Boehm (VSB No. 45201)
K. Elizabeth Sieg (VSB No. 77314)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone:      (804) 775-1000
Facsimile:      (804) 775-1061

*Attorneys for the Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AMF BOWLING WORLDWIDE, INC., *et al.*,[1] | Case No. 12-36495 (KRH) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF FILING OF UPDATED 2002 LIST

**PLEASE TAKE NOTICE** that, in accordance with paragraph 4 of the Case Management Procedures established pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures (entered on November 20, 2012 at Docket No. 106) (the "Case Management Order"), attached hereto is an updated 2002 List (as defined in the Case Management Order).

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number include:  AMF Bowling Worldwide, Inc. (3272); 300, Inc. (3632); American Recreation Centers, Inc. (1151); AMF BCH LLC (9642); AMF Beverage Company of Oregon, Inc. (4960); AMF Bowling Centers Holdings, Inc. (1697); AMF Bowling Centers, Inc. (1662); AMF Bowling Mexico Holding, Inc. (7931); AMF Holdings, Inc. (5037); AMF WBCH LLC (9643); AMF Worldwide Bowling Centers Holdings, Inc. (1641); Boliches AMF, Inc. (9631); Bush River Corporation (7033); King Louie Lenexa, Inc. (0814); Kingpin Holdings, LLC (5411); and Kingpin Intermediate Corp. (5447).  The location of the Reorganized Debtors' service address is: 7313 Bell Creek Road, Mechanicsville, Virginia 23111.  On August 13, 2013, the Court entered an order closing each of the foregoing cases except In re AMF Bowling Worldwide, Inc. (Case No. 12-36495).

Dated: June 19, 2014
Richmond, Virginia

AMF BOWLING WORLDWIDE, INC., *et al*.


By: */s/ Dion W. Hayes*
Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
Sarah B. Boehm (VSB No. 45201)
K. Elizabeth Sieg (VSB No. 77314)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

*Attorneys for the Reorganized Debtors*

58043409

**Core/2002 Service List**
As of June 19, 2014

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General and Assistant Attorney General for the State of Michigan, Department of Treasury | AG & Asst AG for the State of Michigan Dept of Treasury | Bill Schuette & Katherine Kakish | Cadillac Place Ste 10-200 | 3030 W Grand Blvd | Detroit | MI | 48202 | 313-456-0140 | | kakishk@michigan.gov |
| Counsel to American Express Bank, FSB | American Express Bank, FSB | c/o Becket and Lee LLP | POB 3001 | | Malvern | PA | 19355-0701 | 610-644-7800 | 610-993-8493 | notices@becket-lee.com |
| Reorganized Debtor | AMF Bowling Worldwide Inc | Attn Stephen D Satterwhite, Daniel McCormack | 7313 Bell Creek Road | | Mechanicville | VA | 23111 | | | ssatterwhite@amf.com; dmccormack@amf.com; RLabrecque@AMF.com |
| Counsel to Andrea Howard | Andrea Howard | Law Offices of Jessie Lyons Crawford, LLC | c/o Jessie Lyons Crawford, Esq | 2601 Maryland Ave | Baltimore | MD | 21218 | 410-662-1230 | 410-662-1238 | attorneylcrawford@verizon.net |
| Counsel to Anne Arundel County, Maryland | Anne Arundel County Office of Law | Hamilton F. Tyler | Senior Assistant County Attorney | 2660 Riva Road, 4th Floor | Annapolis | MD | 21401 | 410-222-7888 | | htyler@aacounty.org |
| Attorneys for the Texas Comptroller of Public Accounts | Assistant Attorney General | Jay W. Hurst | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | 512-475-4861 | 512-482-8341 | jay.hurst@texasattorneygeneral.gov |
| Counsel to Kashara Reshay Taylor, as Personal Representative of the Estate of Antonio L. Gordon, Jr. | Bean Kinney & Korman PC | James R Scroll Andrea Campbell Davison | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | 703-525-4000 | 703-525-2207 | jschroll@beankinney.com; adavison@beankinney.com |
| Counsel to US Foods, Inc. and Oracle Credit Corporation | Bryan Cave LLP | Leslie Allen Bayles Brandy McMillion Aaron Davis | 161 N Clark St Ste 4300 | | Chicago | IL | 60601 | 312-602-5000 | 312-602-5050 | leslie.bayles@bryancave.com; brandy.mcmillion@bryancave.com; aaron.davis@bryancave.com |
| Counsel for Oracle America Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Chatham County Tax Commissioner | Chatham County Tax Commissioner | Daniel T Powers | PO Box 8324 | | Savannah | GA | 31412 | 912-652-7100 | 912-652-7101 | |
| Co-Counsel to Unsecured Creditors Committee | Christian & Barton LLP | Augustus C Epps Jr Michael D Mueller Jennifer M McLemore | 909 E Main St Ste 1200 | | Richmond | VA | 23219-3095 | 804-697-4100 | 804-697-6112 | aepps@cblaw.com; mmueller@cblaw.com; jmclemore@cblaw.com |
| Counsel for Route Realty Co. Inc | Duane Morris LLP | Denyse Sabagh Esq | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | 202-776-7800 | 212-692-1020 | dsabagh@duanemorris.com |
| Counsel for Route Realty Co. Inc | Duane Morris LLP | Gerard S Catalanello Esq | 1540 Broadway | | New York | NY | 10036 | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com; jvincequerra@duanemorris.com |
| Equitable Gas Bankruptcy Department | Equitable Gas Bankruptcy Department | Attn Judy Gawlowski | 225 North Shore Drive | 2nd Floor | Pittsburgh | PA | 15212 | | | |
| Counsel for PepsoCo Sales, Inc. f/k/a Pepsi-Cola Fountain Company, Inc. | FrankGecker LLP | Joseph D Frank Reed Heiligman | 325 North LaSalle St Ste 625 | | Chicago | IL | 60654 | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com; rheiligman@fgllp.com |
| GE Capital Information Technology Solutions, Inc. f/d/b/a IKON Financial Services ("GECITS") | GE Capital Information Technology Solutions Inc fdba IKON Financial Svcs | Bankruptcy Administration | 1738 Bass Rd | PO Box 13708 | Macon | GA | 31208-3708 | 800-480-6513 | | |
| Counsel to Hanover County | Hanover County | Rebecca B Randolph | 7516 County Complex Rd | PO Box 470 | Hanover | VA | 23069-0470 | 804-365-6302 | 804-365-6302 | rbrandolph@hanovercounty.gov |
| Counsel to Islam Skrine | Harris Law, PLLC | Cheryl A Harris | 11 Broadway Suite 615 | | New York | NY | 10004 | 212-785-4001 | 646-964-6670 | charris@harrislawpllc.com |
| Counsel for iStar Financial Inc. | Hirschler Fleischer, P.C. | David K Spiro Shelia deLa Cruz Franklin R Cragle III | 2100 East Cary Street | PO Box 500 | Richmond | VA | 23218-0500 | 804-771-9500 | | dspiro@hf-law.com; sdelacruz@hf-law.com; fcragle@hf-law.com |
| Local Counsel to Credit Suisse AG, Cayman Islands Brance and Credit Suisse Securities (USA) LLC | Hunton & Williams LLP | Tyler P Brown & Justin F Paget & Eric W Flynn | Riverfront Plaza East Tower | 951 East Byrd St | Richmond | VA | 23219 | 804-788-8200 | 804-788-8218 | jpaget@hunton.com; eflynn@hunton.com |
| Internal Revenue Service | Internal Revenue Service | Attention: L. Lorello | 400 N 8th Street, Box 76 | | Richmond | VA | 23219 | 804-916-8064 | 855-652-9060 | Linda.Lorello@irs.gov |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | 745 Atlantic Ave, 10th Fl | | Boston | MA | 02111 | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Counsel to Lime Energy Co. | K&L Gates LLP | A Lee Hogewood III John R Gardner | 4350 Lassiter at North Hills Ave Ste 300 | PO Box 17047 (27619-7047) | Raleigh | NC | 27609 | 919-743-7325 | 919-516-2124 | lee.hogewood@klgates.com; john.gardner@klgates.com |
| Counsel for iStar Financial Inc. | Katten Muchin Rosenman, LLP | Kenneth E Noble Matthew W Olsen | 575 Madison Ave | | New York | NY | 10022-2585 | 212-940-8800 | 212-940-8776 | kenneth.noble@kattenlaw.com; matthew.olsen@kattenlaw.com |
| Claims Agent | KCC | | 2335 Alaska Avenue | | El Segundo | CA | 90245 | 310-823-9000 | | AMFInfo@kccllc.com |
| Counsel to Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Susan D Profant, CFCA, CLA, FRP, Paralegal | 4333 US 301 North | | Ellenton | FL | 34222 | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com |
| Counsel to the agent for the Debtors' prepetition first lien credit facility / Debtors' debtor-in-possession financing facility | King & Spalding LLP | Attn  Michael C Rupe and Christopher G Boies | 1185 Avenue of the Americas | | New York | NY | 10036 | 56-2135; 212-556 | 212-556-2222 | cboies@kslaw.com; mrupe@kslaw.com |
| Counsel to Credit Suisse AG, Cayman Islands Brance and Credit Suisse Securities (USA) LLC | King & Spalding LLP | W. Austin Jowers | 1180 Peachtree St | | Atlanta | GA | 30309 | 404-572-4600 | 404-572-5131 | Ajowers@kslaw.com |
| Co-Counsel to the Reorganized Debtors | Kirkland & Ellis LLP | Joshua A Sussberg | 601 Lexington Avenue | | New York | NY | 10022 | 212-446-4800 | 212-446-4900 | joshua.sussberg@kirkland.com |
| Co-Counsel to the Reorganized Debtors | Kirkland & Ellis LLP | Patrick J Nash Jr and Jeffrey D Pawlitz | 300 North LaSalle | | Chicago | IL | 60654 | 312-862-2000 | 312-862-2200 | patrick.nash@kirkland.com; jeffrey.pawlitz@kirkland.com |

**Core/2002 Service List**
As of June 19, 2014

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Ecolab Inc. | Kohner, Mann & Kailas, SC | Attn Samuel C Wisotzkey | Washington Building Barnabas Business Center | 4650 N Port Washington Rd | Milwaukee | WI | 53212-1059 | 414-962-5110 | 414-962-8725 | swisotzkey@kmksc.com |
| Auditor to Debtor | KPMG LLP | James L. Phillips | 1021 East Cary St | | Richmond | VA | 23219-4023 | 804-782-4488 | 804-742-3166 | jphillips@kpmg.com |
| Counsel to Waldorf Plaza 1079; Rolling Meadows 1047, LLC f/k/a BRT Free State Bowls, Inc. | Krein Law Firm | J. Scott Krein | 4000 Genesee Pl Ste 117 | | Prince William | VA | 22192 | 703-580-8377 | 703-580-8553 | jsk@kreinlaw.com |
| Counsel to Conrad A. Babel | Kutak Rock LLP | Jeremy S. Williams | 1111 East Main Street, Suite 800 | | Richmond | VA | 23219-3500 | 804-644-1700 | 804-6192 | jeremy.williams@kutakrock.com |
| Counsel to Ad Hoc Group of Certain First Lien Lenders | Kutak Rock LLP | Michael A. Condyles Peter J. Barrett | 1111 East Main Street, Suite 800 | | Richmond | VA | 23219-3500 | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com; peter.barrett@kutakrock.com |
| Counsel to Northglenn Greens Holdings, LLC | Lathrop & Gage LLP | Stephen K Dexter | 950 17th St | Suite 2400 | Denver | CO | 80202 | 720-931-3200 | 720-931-3201 | sdexter@lathropgage.com |
| Counsel for Westfield, LLC and Oakridge Mall LLC; GRT Portfolio Properties Santa Monica, LLC and Tooley Interests, LLC | LeClairRyan PC | Christopher L Perkins | Riverfront Plaza East Tower | 951 East Byrd St | Richmond | VA | 23219 | 804-783-7550 | 804-783-7686 | christopher.perkins@leclairryan.com |
| Counsel for Westfield, LLC and Oakridge Mall LLC; GRT Portfolio Properties Santa Monica, LLC and Tooley Interests, LLC | LeClairRyan PC | Niclas A Ferland Esq | 545 Long Wharf Dr 9th Fl | | New Haven | CT | 06511 | 203-672-3211 | 203-672-3232 | niclas.ferland@leclairryan.com |
| Counsel to Classic Lanes of South Chicago Heights, Inc. n/k/a Mitchel Tree Properties, LLC | LeClairRyan, A Professional Corporation | Christopher L Perkins | Riverfront Plaza, East Tower | 951 East Byrd Street | Richmond | VA | 23219 | 804-783-7550 | 804-783-7686 | christopher.perkins@leclairryan.com |
| Counsel to Classic Lanes of South Chicago Heights, Inc. n/k/a Mitchel Tree Properties, LLC | LeClairRyan, A Professional Corporation | Niclas A Ferland | 545 Long Wharf Drive, Ninth Floor | | New Haven | CT | 06511 | 203-672-3211 | 203-672-3232 | niclas.ferland@leclairryan.com |
| Counsel to McLennan County; Nueces County | Linebarger Goggan Blair & Sampson LLP | Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760 | 512-447-6675 | 512-443-5114 | |
| Counsel to Dallas County; Tarrant County; Irving ISD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan Street Ste 1600 | | Dallas | TX | 75201 | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com |
| Counsel to Cypress - Fairbanks ISD, Montgomery County, Harris County, Galveston County, Texas City ISD and Fort Bend County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to The County of Denton, Texas, City of Waco and/or Waco Independent School District and Midland Central Appraisal District, referred to as the "Texas Ad Valorem Taxing Jurisdictions" | McCreary, Veselka, Bragg & Allen, PC | Lee Gordon | PO Box 1269 | | Round Rock | TX | 78680 | 512-323-3200 | 512-323-3205 | |
| Co-Counsel to the Reorganized Debtors | McGuireWoods LLP | Dion W Hayes John J Maddock III and Sarah B Boehm | 901 East Cary Street | One James Center | Richmond | VA | 23219 | 804-775-1000 | 804-775-1061 | sboehm@mcguirewoods.com; bsieg@mcguirewoods.com; dhayes@mcguirewoods.com |
| Counsel to Fifth Third Bank, as Trustee of the Nicholas H. Battjes Trust u/a/d 11/18/87 | McShane & Bowie PLC | Andrew C Shier | PO Box 360 | | Grand Rapids | MI | 49501-0360 | 616-732-5000 | 616-732-5099 | acs@msblaw.com |
| Counsel to XL Group and XL Specialty Insurance Company | Meltzer, Purtill & Stelle LLC | Timothy W. Brink | 300 W. Wacker Drive | Suite 3500 | Chicago | IL | 60606 | 312-987-9900 | 312-987-9854 | tbrink@mpslaw.com |
| Party in Interest | Michael Bazley | | 7585 Diamond Ranch Dr Suite 1211 | | Sacramento | CA | 95829 | 916-710-4177 | | |
| Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | Attn Susan L Lissant | PO Box 475 | Jefferson City | MO | 65105-0475 | 573-751-5531 | 573-751-7232 | edvaecf@dor.mo.gov |
| Counsel to the agent for the Debtors' prepetition second lien credit facility / Ad hoc group of second lien lenders | O Melveny & Myers LLP | Ben H Logan Lindsay Lau | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-7704 | 213-430-6407 | blogan@omm.com; llau@omm.com |
| Counsel to the agent for the Debtors' prepetition second lien credit facility / Ad hoc group of second lien lenders | O Melveny & Myers LLP | Suzanne Uhland Jennifer M Taylor | Two Embarcadero Center, 28th Floor | | San Francisco | CA | 94111 | 415-984-8941 | 415-984-8701 | suhland@omm.com; jtaylor@omm.com |
| Office of the Attorney General of Virginia | Office of the Attorney General of Virginia | Kenneth T Cuccinelli II | 900 E Main St | | Richmond | VA | 23219 | 804-786-2071 | 804-786-1991 | |
| Office of the Secretary of the Commonwealth of Virginia | Office of the Secretary of the Commonwealth | | 1111 E Broad St 4th Fl | | Richmond | VA | 23219 | 804-786-2441 | 804-371-0017 | |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Robert Van Arsdale | 701 E Broad St Ste 4304 | | Richmond | VA | 23219 | 804-771-2310 | 804-771-2330 | Robert.B.Van.Arsdale@usdoj.gov |
| Co-Counsel to Unsecured Creditors Committee | Pachulski Stang Ziehl & Jones LLP | Jeffrey N Pomerantz Alan J Kornfeld | 10100 Santa Monica Blvd 13th Fl | | Los Angeles | CA | 90067-4003 | 310-277-6910 | 310-201-0760 | jpomerantz@pszjlaw.com; akornfeld@pszjlaw.com |
| Co-Counsel to Unsecured Creditors Committee | Pachulski Stang Ziehl & Jones LLP | Robert J Feinstein | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com |
| Unsecured Creditors Committee | Pasadena Hastings Center | Madeleine Mueller | PO Box 1209 | | Carpinteria | CA | 93014-1209 | 805-684-4178 | 805-566-9101 | missco1@msn.com |
| Unsecured Creditors Committee | Pepsi-Cola Fountain Company, Inc. | Chad New | 1100 Reynolds Blvd | | Winston-Salem | NC | 27105 | 336-896-5781 | 336-896-6003 | chad.new@pepsico.com |

In re: AMF Bowling Worldwide, Inc., et al.
Case No. 12-36495 (KRH)

Page 2 of 3

**Core/2002 Service List**
As of June 19, 2014

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Richardson Independent School District | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |
| Counsel to Active West Inc.; CMDS Trust Series A | Reed Smith LLP | Marsha A Houston Christopher O Rivas | 355 S Grand Ave | Ste 2900 | Los Angeles | CA | 90071-1514 | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com; crivas@reedsmith.com |
| RICOH USA | RICOH USA | formerly known as IKON Office Solutions Inc | Bankruptcy & Recovery Group | 3920 Arkwright Road, Suite 400 | Macon | GA | 31210 | | | |
| Counsel for VIP Cleaning Solutions LLC; Strike 'N Spare, Inc.; Strike 'N Spare Properties, LLC; Cheryl Shasteen | Ronald Page, PLC | Ronald A Page Jr | 501 E Franklin St Ste 626 | | Richmond | VA | 23219 | 804-562-8704 | 804-482-2427 | rpage@rpagelaw.com |
| US Secretary of Treasury | Secretary of Treasury | | 1500 Pennsylvania Ave NW | | Washington | DC | 20020 | 202-622-2000 | 202-622-6464 202-622-6415 | |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | 100 F St NE | | Washington | DC | 20549 | 202-551-6061 | 202-772-9180 | secbankruptcy@sec.gov |
| Securities and Exchange Commission Philadelphia Division | Securities and Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 | 215-597-3100 | | philadelphia@sec.gov |
| Counsel to Hart Cox; Esther Maldonado & Antonio Maldonado | Spotts Fain PC | Jennifer J West | 411 East Franklin Street, Suite 600 | | Richmond | VA | 23219 | 804-697-2000 | 804-297-2100 | |
| Counsel to 8057 Richie Highway, LLC; Hart Cox; Esther Maldonado & Antonio Maldonado | Spotts Fain PC | Robert H Chappell III, James K Donaldson | 411 East Franklin Street, Suite 600 | | Richmond | VA | 23219 | 804-697-2000 | 804-297-2100 | |
| Counsel to Hart Cox | Spotts Fain PC | Timothy G Moore | 411 East Franklin Street, Suite 600 | | Richmond | VA | 23219 | 804-697-2000 | 804-297-2100 | |
| Unsecured Creditors Committee | Statecourt Enterprises, Inc. | John E. Silverman | 40 East 69th Street | | New York | NY | 10021 | 212-249-1550 | 212-249-5451 | jes@rosengroupinc.com |
| Counsel to Summit City Limits, LLC | Steven L Higgs PC | Steven L Higgs Esq | 9 Franklin Rd SW | | Roanoke | VA | 24011-2403 | 540-400-7990 | 540-400-7999 | higgs@higgslawfirm.com |
| Counsel to 3Seventy, Inc. | Streusand, Landon & Ozburn, LLP | 811 Barton Springs Rd | Suite 811 | | Austin | TX | 78704 | 512-236-9904 | | streusand@slollp.com |
| Unsecured Creditors Committee | Strike 'N Spare | Joseph S. Gall | 221 W. Lexington, Suite 400 | | Independence | MO | 64051 | 816-836-5050 | 816-836-8966 | jsg@hhfmlegal.com |
| Counsel to Ad hoc group of first lien lenders | Stroock & Stroock & Lavan LLP | Attn  Kristopher M Hansen Erez E Gilad Sayan Bhattacharyya Marianne S Mortimer | 180 Maiden Lane | | New York | NY | 10038-4982 | 212-806-6056 | 212-806-9056; 212-806-7881; 212-806-6006 | khansen@stroock.com; egilad@stroock.com; sbhattacharyya@stroock.com; mmortimer@stroock.com |
| Co-Counsel for Ad Hoc Group of Second Lien Lenders | Tavenner & Beran, PLC | Paula S. Beran | 20 North Eighth Street, Second Floor | | Richmond | VA | 23219 | 804-783-8300 | 804-783-0178 | pberan@tb-lawfirm.com |
| Tennessee Department of Revenue | Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 | 615-532-2504 | 615-741-3334 | |
| The Bowling News | The Bowling News | Anthony "Tony" Franklin | PO Box 1642 | | Colleyville | TX | 76034-1642 | 817-267-8686 | | |
| Counsel to Mr. Ricky Pereira | The Law Office of Kevin T Stocker | Kevin T Stocker | 2645 Sheridan Dr | | Tonawanda | NY | 14150 | 716-832-3006 | 716-832-3660 | kstockeresg@yahoo.com |
| Counsel to Summit City Limits, LLC | ThompsonMcMullan PC | David R Ruby Esq | 100 Shockoe Slip, 3rd Fl | | Richmond | VA | 23219 | 804-698-6220 | 804-780-1813 | druby@t-mlaw.com |
| Party in Interest | ThompsonMcMullan PC | William D Prince IV Esq | 100 Shockoe Slip | | Richmond | VA | 23219 | 804-698-6254 | 804-780-1813 | wprince@t-mlaw.com |
| Counsel to Bruce Elfant, Travis County Tax Assessor-Collector | Travis County Attorney | David Escamilla | PO Box 1748 | | Austin | TX | 78767 | 512-854-9513 | 512-854-4808 | |
| Counsel to the Los Angeles County Treasurer & Tax Collecter | Vandeventer Black LLP | Christopher S Colby | 707 East Main Street, Suite 1700 | PO Box 1558 | Richmond | VA | 23218 | 804-237-8800 | 804-237-8801 | ccolby@vanblk.com |
| Unsecured Creditors Committee | VIP Cleaning Solutions, LLC | William A. Pesello | 10-2 Granada Crescent | | White Plains | NY | 10603 | 914-400-6680 | | vipcleaningsolutions@gmail.com |
| Virginia Department of Taxation | Virginia Department of Taxation | Office of Customer Services | PO Box 1115 | | Richmond | VA | 23218-1115 | | | |
| Counsel for Greenberg Realty Corporation | Wilcox & Savage PC | Stephanie N Gilbert | 440 Monticello Ave Ste 2200 | | Norfolk | VA | 23510 | 757-628-5500 | 757-628-5566 | sgilbert@wilsav.com |
| Counsel to QubicaAMF Worldwide, LLC | Williams Mullen | Willam H Schwarzschild, III | 200 S 10th St 16th Fl | PO Box 1320 | Richmond | VA | 23218-1320 | 804-420-6489 | 804-420-6507 | tschwarz@williamsmullen.com |

In re: AMF Bowling Worldwide, Inc., et al.
Case No. 12-36495 (KRH)

Page 3 of 3